STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Leticia Raya

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE DIVISION

LETICIA RAYA,

                Plaintiff,    CASE NO.: 5:21-CV-00748-SK

   -v-

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.

**ORDER AWARDING ATTORNEY'S FEES
PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Five Thousand Two Hundred Eighty-Three Dollars and Forty-Four Cents ($5,283.44) and no costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group.

So ordered.

Date: __October 5, 2022__          _____
                                   Steve Kim
                                   United States Magistrate Judge